# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DANIEL CAMPBELL,**
   **Debtor-Appellant,**

 v.             Case No. 10-C-1153

**CHASE HOME FINANCE, LLC,**
   **Appellee.**

---

## DECISION AND ORDER

On November 19, 2010, debtor Daniel C. Campbell filed a notice of appeal to this court of an order of the bankruptcy court dated November 5, 2010. He did not pay the prescribed filing fee, and since his appeal was docketed with this court plaintiff has failed to file a brief in support of his appeal within the time prescribed by Bankruptcy Rule 8009. The appellee has moved to dismiss the appeal. Because it appears that the appellant is not diligently prosecuting this action, **IT IS ORDERED** that appellee's motion is **GRANTED** to the extent that this appeal is **DISMISSED** for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 7th day of March, 2011.

/s_____
LYNN ADELMAN
District Judge